■ BRUCE CLEMONS et al., Appellants, v VILLAGE OF CARTHAGE, Respondent. [841 NYS2d 903]—Appeal from an order of the Supreme Court, Jefferson County (Joseph D. McGuire,

J.), entered March 10, 2006. The order granted defendant's motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present— Gorski, J.P., Smith, Centra, Fahey and Pine, JJ.